UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

UNITED STATES for the use and )
Benefit of UNITED GROUNDS )
MAINTENANCE SERVICES )
INC., )
 )
        Plaintiffs, )
v. ) CASE NO. 4:13CV-153
 )
ENOLA CONTRACTING SERVICES, )
INC. and HARTFORD FIRE INSURANCE )
COMPANY, )
 )
        Defendants. )

## ORDER

The Court has been advised by counsel for the parties that the above-captioned case has been settled.

Accordingly, the Court directs the Clerk to Administratively Close this action. Within thirty days of the date of this order is entered, the parties may present a stipulation of dismissal. If the parties fail to file a stipulation of dismissal, the Court will dismiss the case with prejudice.

SO ORDERED this 20 day of October, 2014.

B. Avant Edenfield
Judge, United States District Court
Southern District of Georgia